THE PEOPLE OF THE TERRITORY OF GUAM

v.

PHILIP W. CHURCHILL, Defendant

Criminal No. 87F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites its Decision in the companion case *People of the Territory of Guam v. Michael Imamura,* 104F-76.

Submit order.

■■■■■■■■■■■■■■

THE PEOPLE OF THE TERRITORY OF GUAM

v.

VICENTE BLAS CRUZ, Defendant

Criminal No. 88F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites its Decision in the companion case

*People of the Territory of Guam v. Michael Imamura,*
104F-76.
 Submit order.

THE PEOPLE OF THE TERRITORY OF GUAM

v.

VINCENT VILORIA, Defendant

Criminal No. 97F-76

Superior Court of Guam

October 28, 1976

---

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura,* 104F-76.
 Submit order.

THE PEOPLE OF THE TERRITORY OF GUAM

v.

JULIAN R. GOMEZ, Defendant

Criminal No. 103F-76

Superior Court of Guam

October 28, 1976

---

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery